**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:16-10037-STA |
| | ) | |
| DEANDRE PICKERING, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA**

This cause came to be heard on July 3, 2017, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Deandre Pickering, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, OCTOBER 13, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 3rd day of July, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT